The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA FISHER, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. a Delaware corporation; RAISER, LLC, a subsidiary of UBER TECHNOLOGIES, INC.; JOHN DOES I-V and JANE DOES I-V; BLACK CORPORATIONS I-V; WHITE LIMITED LIABILITY COMPANIES I-V; and GREEN PARTNERSHIPS I-V,<br><br>Defendants. | Case No. 2:15–cv–01787–TSZ<br><br>**STIPULATION OF DISMISSAL**<br><br>Note on Motion Calendar:<br>May 20, 2016 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiff and Defendants herein that this action shall be dismissed on the following terms: (1) Plaintiff Joshua Fisher's individual claims against all Defendants named in Plaintiff's Class Action Complaint ("Complaint") (ECF No. 1-3) are hereby dismissed ***with prejudice***, (2) the claims asserted by Plaintiff Fisher on behalf of the members of the putative class alleged in the Complaint are hereby dismissed ***without prejudice***, and (3) the parties shall bear their own attorneys' fees, costs, expenses and disbursements incurred in this action.

**STIPULATION OF DISMISSAL** - 1
Case No. 2:15–cv–01787–TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1   Dated: May 20, 2016 at Seattle, Washington

2

| MYERS & COMPANY PLLC | LITTLER MENDELSON PC |
|---|---|
| /s/ *Michael David Myers* | /s/*Douglas E. Smith* |
| Michael David Myers | Douglas E. Smith |
| 150 Eastlake Avenue East | One Union Square |
| Seattle, Washington 98102 | 600 University Street, Suite 3200 |
| (206) 398-1188 | Seattle, Washington 98102 |
| mmyers@myers-company.com | (206) 623-3300 |
| | desmith@littler.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

STIPULATION OF DISMISSAL - 2
Case No. 2:15–cv–01787–TSZ

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on May 20, 2016, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Michael David Myers, WSBA No. 22486
Marie Napoli (*Pro Hac Vice*)
Brittany Weiner (*Pro Hac Vice*)
Annie Causey (*Pro Hac Vice*)
MYERS & COMPANY, P.L.L.C.
1530 Eastlake Avenue East
Seattle, WA 98102
Tel.: (206) 398-1188
Email: mmyers@myers-company.com
mnapoli@napolilaw.com
brittany@lawicm.com
acausey@napolilaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**[Not applicable]**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on May 20, 2016, at Seattle, Washington.

*s/Liana Natividad*
Liana Natividad
lnatividad@littler.com

Firmwide:140581626.1 073208.1101

STIPULATION OF DISMISSAL - 3
Case No. 2:15–cv–01787–TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300